# EXHIBIT B

**COLUMBIA UNIVERSITY**
IN THE CITY OF NEW YORK

OFFICE OF EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION

August 15, 2024

Denise Ferris
Sent electronically to df2760@columbia.edu

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2023270602

Dear Denise Ferris,


Thank you for meeting with us last week. In addition to the allegations contained in the notice letter sent to the Respondent in January 2024, you alleged that Respondent continued to engage in conduct that amounts to discrimination on the basis of your sex. Specifically, you alleged the following:

- From 2023 and continuing to the present, Rsepondent excluded Complainant from meetings with leadership, such as Principals' meetings and monthly meetings with faculty and staff from the School of Engineering and Applied Science ("SEAS");
- From 2023 and continuing to the present, Respondent relied on male staff members who do not have the same level of experience in design to play a key role in Complainant's work;
- In approximately 2024, Respondent prohibited Complainant and her female colleague from interacting with the leadership team at SEAS; and
- In approximately 2024, Respondent questioned Complainant and another female colleague's knowledge and expertise about their work in an accusatory tone, which caused other colleagues to question the quality of Complainant's work.

These allegations implicate the *Office of Equal Opportunity and Affirmative Action Policies and Procedures* (the "Policy" which is attached). As such, EOAA will conduct an investigation in which you are identified as the Complainant and Hany Ayoub is the named Respondent. The Respondent was notified of your updated complaint yesterday. Please be advised that EOAA's investigation of your allegations is not an indication that the Respondent engaged in a violation of the Policy. A determination will be made at the conclusion of a thorough and impartial investigation.

It is the goal of EOAA to complete its investigation within 120 days from this date of the formal

investigation notice. You will receive a status update at 60 days and every 30 days thereafter. In order for EOAA to meet this goal, it is imperative that you promptly respond to all correspondence, provide detailed, complete information and any updated information as soon as you become aware, and alert EOAA to any circumstances that may prolong the process. EOAA may extend the timeframe of its investigation at the request of the parties or the investigator(s) for good cause. If a delay or extension occurs, EOAA will notify the parties in writing of the cause of such delay or extension.

As we discussed during our initial meeting, the Policy prohibits retaliation.  Retaliation is any adverse action or threatened action, taken or made, personally or through a third party, against an individual (or group of individuals) because of his or her participation in any manner in an investigation or proceeding under the Policy, including individuals who file a third-person report and those who are interviewed or otherwise provide evidence in the investigation (witnesses). Retaliation is treated very seriously by the University and can result in an additional charge. Please notify EOAA immediately if you believe that you are subjected to retaliation.

Attached is a list of available resources and a Bill of Rights for your review. Please be in touch with any questions and/or concerns.

Best regards,


Sarah Walton Kinney
Associate Director