SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: January 22, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
DENISE FERRIS,

                Plaintiff,

  -against-

COLUMBIA UNIVERSITY IN THE CITY OF
NEW YORK and HANY AYOUB,

                Defendants.
--------------------------------------------------------------- X

Case No: 1:24-cv-09807-AS

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that:

(1) Defendants The Trustees of Columbia University in the City of New York (incorrectly named Columbia University in the City of New York) and Hany Ayoub's time to answer, move, or otherwise respond to Plaintiff Denise Ferris's Complaint is and shall be extended from **February 3, 2025**, to, and including, **February 28, 2025**;

(2) Defendants The Trustees of Columbia University in the City of New York and Hany Ayoub waive any defenses based on insufficient service of process of the Complaint (Dkt. 6); and

(3) Electronic and faxed signatures on this Stipulation are hereby deemed originals.

Dated: New York, New York
       January 16, 2025

PROSKAUER ROSE LLP

/s/
Evandro C. Gigante, Esq.
P. Kramer Rice, Esq.
Eleven Times Square
New York, NY 10036
Tel: 212-969-3000
*Attorneys for Defendants*

STORCH BYRNE LLP

/s/
Steven G. Storch
437 Madison Ave., 24th Floor
New York, NY 10022
212-931-1005
sstorch@storchbyrnelegal.com

*Attorneys for Plaintiff*