

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

March 24, 2025

Evandro C. Gigante
Member of the Firm

d +1.212.969.3132
f 212.969.2900
egigante@proskauer.com
www.proskauer.com

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

      Re:   *Denise Ferris v. The Trustees of the Columbia University in the City of New York and Hany Ayoub*
            Case No: 1:24-cv-09807-AS

Dear Judge Subramanian:

This firm represents Defendants The Trustees of the Columbia University in the City of New York and Hany Ayoub in the above-captioned matter brought by Plaintiff Denise Ferris. Counsel for Defendants write pursuant to your Honor's Individual Practices in Civil Cases, Section 3.E., to seek an adjournment of the Initial Pre-trial Conference currently scheduled for March 27, 2025 (2:30 pm). Due to an unavoidable scheduling conflict, Defendants' Counsel is traveling and unavailable at that time, and Defendants' Counsel respectfully requests an adjournment of the Initial Pre-trial Conference. The parties have conferred, and Plaintiff's Counsel consents to this request (which the parties also noted in their joint letter filed in anticipation of the Initial Pre-trial Conference (ECF 26)). Should it assist the court, Counsel for the parties provide that they are available April 8th or April 10th, at 2:30 pm for a rescheduled conference. This is the first request to adjourn the Initial Pre-trial Conference, as no such requests have been made previously, and no other conferences with the court are forthcoming.

We thank the Court for its consideration.

*s/Evandro C. Gigante*
Evandro C. Gigante

cc: Counsel of Record