UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DENISE FERRIS,

                Plaintiff,

  -against-

Case No: 1:24-cv-09807-AS

COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK and HANY AYOUB,

**STIPULATION**

                Defendants.
------------------------------------------------------------ X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Defendants The Trustees of Columbia University in the City of New York (incorrectly named Columbia University in the City of New York) and Hany Ayoub's time to answer, move, or otherwise respond to Plaintiff Denise Ferris's Complaint is and shall be **September 22, 2025**. Electronic and faxed signatures on this Stipulation are hereby deemed originals.

Dated: New York, New York
         September 15, 2025

| PROSKAUER ROSE LLP | STORCH BYRNE LLP |
|---|---|
| /s/P. Kramer Rice | /s/     Edward P. Dolido |
| Evandro C. Gigante, Esq. | Steven G. Storch |
| P. Kramer Rice, Esq. | Edward P. Dolido (ED4084) |
| Eleven Times Square | 437 Madison Ave., 24th Floor |
| New York, NY 10036 | New York, NY 10022 |
| Tel: 212-969-3000 | 212-931-1005 |
| *Attorneys for Defendants* | sstorch@storchbyrnelegal.com |
| | *Attorneys for Plaintiff* |